AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>AHMED CHARAI<br>a/k/a "Moulay Ahmed Charai"<br><br>*Defendant(s)* | ) ) ) ) Case No. 1:11-mj-771<br>) )<br>) ) |

FILED SEP 15 2011 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 14, 2011__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 31 U.S.C. § 5324(c) | Failing to file a report of the transportation of currency of more than $10,000 into the United States. |

This criminal complaint is based on these facts:

PLEASE SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT JULIE HILARIO.

☑ Continued on the attached sheet.

*Complainant's signature*

Julie Hilario, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __9/15/2011__

/s/
Carroll Buchanan
Magistrate Judge
*Judge's signature*

City and state: __Alexandria, Virginia__     Hon. Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*

Approved by AUSA Ryan Dickey