AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:11-mj-771 |
| AHMED CHARAI | ) |
| a/k/a "Moulay Ahmed Charai" | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **AHMED CHARAI**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Failure to file a report of the transportation of currency of more than $10,000 into the United States, in violation of Title 31, United States Code, Section 5324(c).

Date: 09/15/2011

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Issuing officer's signature*

City and state: Alexandria, Virginia

The Hon. Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/15/11, and the person was arrested on *(date)* 9/15/11
at *(city and state)* Dulles, VA.

Date: 9/15/11

*Arresting officer's signature*

Julie Hilario Special Agent
*Printed name and title*

---

Approved by AUSA Ryan Dickey