UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: **THERESA CARRROLL BUCHANAN**

UNITED STATES OF AMERICA              HEARING: _R5_  CASE NO. #: _11-mj-771_

-VS-                                  DATE: _9/15/11_  TIME: _2:00 pm_

_Ahmed Charai_                        TYPE: FTR RECORDER   DEPUTY CLERK: G. WALKER

GOV'T. ATTY: _Carlo Mercaldo_   DEFT'S. ATTY: _Whitney Minter_

INTERPRETER: _____  LANGUAGE: _____

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES    ( ) DFT. ADMITS VIOLATIONS
( X ) COURT TO APPOINT COUNSEL                         ( ) DFT. DENIES VIOLATIONS
(   ) DFT. TO RETAIN COUNSEL                           ( ) COURTS FINDS DFT. IN VIOLATION
( X ) USA SEEKS DETENTION ( X ) GRANTED ( ) DENIED     ( ) JURY TRIAL WAIVED
(   ) RULE 40 HEARING WAIVED                           ( ) CONSENT BEFORE MAG. JUDGE
(   ) GVT. CALL WITNESS & ADDUCES EVIDENCE             ( ) PLEA OF GUITLY TO COUNT(s) _____
(   ) EXHBIT #_____ADMITTED                          ( ) PLEA OF NOT GUITY TO COUNT_____
(   ) PROBABLE CAUSE: FOUND (   ) / NOT FOUND (   )    ( ) GVT. DISMISSES COUNT(S)_____
(   ) PRELIMINARY HEARING WAIVED                       ( ) DFT. REFERRED TO UPSO FOR PSIR
(   ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

MINUTES: _____

_____

_____

CONDITIONS OF RELEASE:
($      ) UNSECURED ($      ) SECURED (   ) PTS (   ) 3RD PARTY (   ) TRAVEL RESTRICTED
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT
(   ) RELEASE ORDER GIVEN TO USMS
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
(   ) DEFENDANT CONTINUED ON SAME CONDITIONS OF RELEASE

SENTENCING:
(   ) MONTHS PROBATION (   ) SUP (   ) UNSUP (   ) 3607 (   ) YRS SUP RELEASE
(   ) DAYS JAIL (   ) AS DIRECTED PURSUANT TO 18 USC 3563(b)(10) (   ) CREDIT
(   ) DAYS HOME DETENTION (   ) TIMEOUTS (   ) ELECTRONIC MONITORING
(   ) SATT (   ) ALCOHOL PROGRAM (   ) ROL (   ) NO DRIVING (   ) INTERLOCK DEVICE
(   ) MENTAL HEALTH TEST/TREAT (   ) BARRED FROM FEDERAL PARKS
(   ) HRS. COMMUNITY SERVICE (   ) NOT VIOLATE TRAFFIC LAWS
($      ) FINE ($      ) S.A. ($      ) PROCESSING FEE AS TO COUNT _____
($      ) FINE ($      ) S.A. ($      ) PROCESSING FEE AS TO COUNT _____

NEXT COURT APPEARANCE: _9/16/11_ at _2:00pm_ Before Judge _Buchanan_
( X ) DH ( X ) PH (   ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV (   ) SRV (   ) R5