AO 470 (8/85) Order of Temporary Detention

# United States District Court

EASTERN DISTRICT OF VIRGINIA

FILED
SEP 15 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

UNITED STATES OF AMERICA

v.

Ahmed Chaloui
*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 11-MJ-771

Upon motion of the __United States Attorney__, it is ORDERED that a detention hearing is set for __9/16/11__* at __2:00 pm__
                                                                *Date*                                         *Time*

before __The Honorable Theresa Carroll Buchanan, United States Magistrate Judge__
*Name of Judicial Officer*

__United States District Court, 401 Courthouse Square, Alexandria, Virginia__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
*Other Custodial Official*

Date: __9/15/11__

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.