# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

MAGISTRATE JUDGE: **THERESA CARRROLL BUCHANAN**

UNITED STATES OF AMERICA          HEARING: Docket   CASE NO. #: 11-MJ-771

-vs-                              DATE: 9/16/11   TIME: 2:00 pm

Ahmed Chanai                      TYPE: FTR RECORDER   DEPUTY CLERK: G. WALKER

GOV'T. ATTY: Ryan Dicky           DEFT'S. ATTY: Whitney Minter

INTERPRETER: _____      LANGUAGE: _____

( ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES    ( ) DFT. ADMITS VIOLATIONS
( ) COURT TO APPOINT COUNSEL                         ( ) DFT. DENIES VIOLATIONS
( ) DFT. TO RETAIN COUNSEL                           ( ) COURTS FINDS DFT. IN VIOLATION
( ) USA SEEKS DETENTION ( ) GRANTED ( ) DENIED       ( ) JURY TRIAL WAIVED
( ) RULE 40 HEARING WAIVED                           ( ) CONSENT BEFORE MAG. JUDGE
( ) GVT. CALL WITNESS & ADDUCES EVIDENCE             ( ) PLEA OF GUITLY TO COUNT(s) _____
( ) EXHBIT # _____ ADMITTED                        ( ) PLEA OF NOT GUITY TO COUNT _____
( ) PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )        ( ) GVT. DISMISSES COUNT(S) _____
( ) PRELIMINARY HEARING WAIVED                       ( ) DFT. REFERRED TO UPSO FOR PSIR
( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

MINUTES: Preston Burton may be retained as Counsel. If so deft shall pay cost of FPP's representation. PH/DH Cont'd to allow atty Burton to be fully retained & find a 3rd pty custodian.

CONDITIONS OF RELEASE:
($     ) UNSECURED ($     ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL
HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT
( ) RELEASE ORDER GIVEN TO USMS
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
( ) DEFENDANT CONTINUED ON SAME CONDITIONS OF RELEASE

SENTENCING:
( ) MONTHS PROBATION ( ) SUP ( ) UNSUP ( ) 3607 ( ) YRS SUP RELEASE
( ) DAYS JAIL ( ) AS DIRECTED PURSUANT TO 18 USC 3563(b)(10) ( ) CREDIT
( ) DAYS HOME DETENTION ( ) TIMEOUTS ( ) ELECTRONIC MONITORING
( ) SATT ( ) ALCOHOL PROGRAM ( ) ROL ( ) NO DRIVING ( ) INTERLOCK DEVICE
( ) MENTAL HEALTH TEST/TREAT ( ) BARRED FROM FEDERAL PARKS
( ) HRS. COMMUNITY SERVICE ( ) NOT VIOLATE TRAFFIC LAWS
($     ) FINE ($     ) S.A. ($     ) PROCESSING FEE AS TO COUNT _____
($     ) FINE ($     ) S.A. ($     ) PROCESSING FEE AS TO COUNT _____

NEXT COURT APPEARANCE: 9/21/11 at 2:00 pm Before Judge Jones
(X) DH (X) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) RBV ( ) SRV ( ) R5