IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AHMED CHARAI, )<br>)<br>Defendant. )<br>) | Criminal Action No. 1:11-MJ-771 |

**NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the Defendant, Ahmed Charai.

Respectfully submitted,

Dated: September 20, 2011               Poe & Burton PLLC

/s/
_____
Preston Burton
(VA State Bar No. 30221)
Attorney for Defendant Ahmed Charai
Poe & Burton PLLC
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
Telephone: (202) 583-2500
Facsimile: (202) 583-0565
pburton@poeburton.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2011, a true and correct copy of the foregoing pleading or paper was served electronically on:

Ryan Dickey
Assistant U.S. Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
Tel:    (703) 299-3700
Fax:    (703) 299-3981
Ryan.dickey@usdoj.gov

Whitney Minter
Assistant Federal Public Defender
Federal Public Defender Office
1650 King Street
Suite 500
Alexandria, VA  22314
Tel:    (703) 600-0800
Fax:    (703) 600-0880
Whitney_Minter@fd.org

Dated: September 20, 2011			Poe & Burton PLLC


					   /s/                                    _____
					Preston Burton
					(VA State Bar No. 30221)
					Attorney for Defendant Ahmed Charai
					Poe & Burton PLLC
					1025 Connecticut Avenue, N.W.
					Suite 1000
					Washington, D.C. 20036
					Telephone: (202) 583-2500
					Facsimile:  (202)  583-0565
					pburton@poeburton.com