IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

SEP 2 2 2011

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:11-mj-771 |
| | ) |
| AHMED CHARAI | ) |
| a/k/a "Moulay Ahmed Charai" | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL INFORMATION

### Count One
(Failure to File International Transportation Report)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 14, 2011, within the Eastern District of Virginia, the defendant, AHMED CHARAI, also known as "Moulay Ahmed Charai", did physically transport United States currency in an aggregate amount exceeding $10,000 at one time into the United States from any place outside the United States, and did willfully fail to file a report thereof, as required by Title 31, Code of Federal Regulations, Section 1010.340(a); namely, the defendant transported approximately $20,161.75 in United States currency or equivalent to Dulles International Airport from Paris, France, and willfully failed to file a report thereof, as required by Title 31, Code of Federal Regulations, Section 1010.340(a).

(In violation of Title 12, United States Code, Section 1956.)

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
Ryan K. Dickey
Assistant United States Attorney