IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
IN OPEN COURT
SEP 2 2 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | Criminal Action No. 1:11-MJ-771 |
| v. ) | |
| AHMED CHARAI, ) | |
| Defendant. ) | |

## SENTENCING MEMORANDUM

Ahmed Charai, through counsel, respectfully submits the attached letters in support of the sentencing recommendation of a time-served sentence as set forth by the parties in the Plea Agreement filed in this case.

Respectfully submitted,

Dated: September 22, 2011

Poe & Burton PLLC

/s/ _____

Preston Burton
(VA State Bar No. 30221)
Attorney for Defendant Ahmed Charai
Poe & Burton PLLC
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
Telephone: (202) 583-2500
Facsimile: (202) 583-0565
pburton@poeburton.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2011, a true and correct copy of the foregoing pleading or paper and accompanying exhibits was served in open court on:

Ryan Dickey
Assistant U.S. Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel:  (703) 299-3700
Fax:  (703) 299-3981
Ryan.dickey@usdoj.gov


Dated: September 22, 2011          Poe & Burton PLLC


                                    /s/
                                    Preston Burton
                                    (VA State Bar No. 30221)
                                    Attorney for Defendant Ahmed Charai
                                    Poe & Burton PLLC
                                    1025 Connecticut Avenue, N.W.
                                    Suite 1000
                                    Washington, D.C. 20036
                                    Telephone: (202) 583-2500
                                    Facsimile: (202) 583-0565
                                    pburton@poeburton.com

*Embassy of the Kingdom of Morocco*
*in Washington, D.C.*

*The Ambassador*

سفارة المملكة المغربية
واشنطن

September 15, 2011

The Honorable
T. Rawles Jones, Jr.
United States Magistrate Judge
United States District Court
   for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Jones,

I am writing to you about Mr. Ahmed Charai who was arrested Wednesday evening, September 14 at Dulles International airport arriving from Paris and arraigned last Friday, September 16, on the charge that he failed to declare that he was carrying 20.000 us dollars.

I have absolutely no intent to interfere in the US judicial process, but I would like to let you know that Mr. Ahmed Charai, whom I have known for many years, is an excellent, honest and law abiding citizen, a man of integrity with a perfect reputation in Morocco and in the United States. I am certain that Mr. Charai would abide by the Court's rules.

With my best regards,


Aziz Mekouar
Ambassador of Morocco to the United States

# CSIS | CENTER FOR STRATEGIC & INTERNATIONAL STUDIES

**BOARD OF TRUSTEES**

CHAIRMAN
SAM NUNN

PRESIDENT & CEO
JOHN J. HAMRE

TRUSTEES
DAVID M. ABSHIRE
GEORGE L. ARGYROS
RICHARD L. ARMITAGE
JAMES A. BELL
REGINALD K. BRACK
WILLIAM E. BROCK
HAROLD BROWN
ZBIGNIEW BRZEZINSKI
CARLOS A. BULGHERONI
WILLIAM S. COHEN
RALPH COSSA
ANDREAS C. DRACOPOULOS
RICHARD FAIRBANKS
HENRIETTA H. FORE
WILLIAM H. FRIST
MICHAEL P. GALVIN
HELENE D. GAYLE
LINDA W. HART
BEN W. HEINEMAN, JR
JOHN B. HESS
CARLA A. HILLS
RAY L. HUNT
E. NEVILLE ISDELL
JAMES L. JONES, JR
MUHTAR KENT
HENRY A. KISSINGER
KENNETH G. LANGONE
CHONG-MOON LEE
DONALD B. MARRON
JOSEPH S. NYE, JR
THOMAS J. PRITZKER
JOSEPH E. ROBERT, JR
FELIX G. ROHATYN
DAVID M. RUBENSTEIN
CHARLES A. SANDERS
JAMES R. SCHLESINGER
WILLIAM A. SCHREYER
BRENT SCOWCROFT
REX TILLERSON
ROMESH WADHWANI
FREDERICK B. WHITTEMORE

TRUSTEES EMERITI
BETTY S. BEENE
AMOS A. JORDAN
MURRAY WEIDENBAUM
DOLORES D. WHARTON

September 20, 2011

United States District Court Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge:

My name is John Hamre. I am the President of the Center for Strategic and International Studies. I am writing on behalf of Mr. Ahmed Charai, who is a member of our International Councilors, which is an advisory committee that helps guide our research agenda at CSIS.

I met Mr. Charai three or four years ago. We have interacted eight to ten times since then. This past spring he facilitated my visit to Morocco, which is the country of his residence. We asked for a series of meetings with a cross section of government and opposition figures. He facilitated all meetings for us and at no time tried to block or censure our meetings or discussions. One of the meetings involved a lengthy conversation with the senior Moroccan official in charge of intelligence. I was asked to convey a private message back to the Director of National Intelligence in the United States, who is a professional and personal friend. (I previously served as the Deputy Secretary of Defense from 1997 to 2000.)

I have found Mr. Charai to be a thoughtful man with excellent connections in Morocco, to include highest levels in the government. He has never asked me or CSIS to help him with personal matters. He has always discussed broad public policy matters with us. I would be pleased to provide copies of his emails and writings if that would help.

Mr. Charai is a successful businessman, a publisher and owner/operator of television and radio stations in Morocco. He is a rising leader in business circles with a strong and positive interest in public policy. His primary focus with us is helping us understand the modernizing policies of the current King and what he is doing to create a liberal and modern strategy to improve Morocco.

1800 K STREET NW, WASHINGTON DC 20006 | P. 202.887.0200 F. 202.775.3199 | WWW.CSIS.ORG



United States District Court Eastern District of Virginia
September 20, 2011
Page Two.

I do not know what happened with his immigration problem, but I strongly stand by him as a man of character and commitment to good relations between Morocco and the United States.

I am willing to appear on his behalf in any legal proceedings.

Sincerely,

John Hamre
President and CEO



**1601 Connecticut Ave NW, Suite 200**
Washington, DC 20009-1035 USA
(+1) 202 265 4300  (+1) 202 232 6718 fax
search@sfcg.org   www.sfcg.org

**Search for Common Ground**

**Rue Belliard 205 bte 13**
B-1040 Brussels, Belgium
(+32) 2 736 7262  (+32) 2 732 3033 fax
brussels@sfcg.be   www.sfcg.org

September 18, 2011

Preston Burton
Poe & Burton
1025 Connecticut Avenue NW – Suite 1000
Washington, DC 20036

Dear Preston,

I am writing to offer a testimonial for Ahmed Charai.

For the last five years, Ahmed has served on board of Search for Common Ground (SFCG), the organization of which I am President. For your information, SFCG is a non-profit entity with offices in 29 countries that works to prevent and resolve conflict. Ahmed participates actively in our affairs, and he receives no compensation for the extensive time and effort that he puts into our work. He has used his personal funds to make charitable contributions of more than $45,000 to SFCG during this five year period.

Most recently on August 23, 2012, he sent an email to one of my colleagues in which he promised to contribute an additional $10,000 to support SFCG's annual presentation of Common Ground Awards, which will take place on October 27 and which will honor Representative John Lewis, Representative Robert Filner, and the Freedom Riders on the 50th anniversary of their contribution to the civil rights movement. Queen Noor of Jordan also will be honored at this ceremony that Ahmed generously offered to support. In addition, he offered to bring as his guest the Ambassador of Morocco.

It is my understanding that $10,000 of the money Ahmed carried with him when he entered the United States was to have been given to SFCG in order to fulfill his pledge to make a charitable contribution of that amount.

Ahmed has been an exemplary board member. He has a passion for our peacebuilding work, and on several occasions he has brought us promising project ideas. I believe him to be a person of the highest character, and I have no hesitation in vouching for him.

I would be glad to serve as a guarantor for him within the context of the US legal system, and I would be happy to have him live in my house under the terms of my guarantee and supervision.

I believe it is important to note, in considering Ahmed's case that English is his third language after Arabic and French and that he neither speaks nor understands English with full fluency. While I recognize this is no excuse for unlawful conduct, I hope the judge will understand that when one talks to him in English, he frequently does not understand.

In my view, Ahmed is a good man who wants to create a better world. For his support of Search for Common Ground, he asks nothing in return. Indeed, he makes sizable contributions – both financial and personal – to our cause of preventing violence around the world.

Sincerely,

President
Search for Common Ground

 **American Jewish Committee**

Jason F. Isaacson
Director of Government
and International Affairs

Office of Government
and International Affairs
1156 15th Street, NW
Washington, DC 20005
t: 202.785.4200
f: 202.785.4115
e: jfi@ajc.org
www.ajc.org

September 19, 2011

To Whom It May Concern:

    I am writing to offer my personal testimony to the good character of my respected friend, Ahmed Charai, of Casablanca, Morocco.

    I have known Mr. Charai for more than six years – a period in which he has served as a central and invaluable point of contact between my organization and important government and non-government sectors in the Kingdom of Morocco.

    Ahmed's English is imperfect, but his integrity and reliability – in my experience – are unquestionable. He and I have had numerous meetings over the years – in the United States, Morocco and elsewhere – and cooperated in a range of projects. All our work together has been undertaken to achieve the shared objectives of increased cooperation between Morocco and the United States, enhanced understanding between Muslims and Jews, strengthening of the forces of pluralism and tolerance and weakening of extremist tendencies in North Africa and the Middle East, and the fulfillment of our common hopes for Arab-Israeli peace and reconciliation.

    Ahmed Charai has participated in numerous AJC conferences and other events over the years, and has worked with me and my colleagues to arrange AJC programs in Morocco, a country we visit often. On our last visit to his country, he organized – among other events – a dinner attended by several Government ministers, leading political figures, and the chief executives of several Moroccan corporations and non-governmental organizations. It was just one of many instances of close cooperation with me and my colleagues, and service to the cause of mutual understanding.

    Mr. Charai's credentials as a significant interlocutor in, and interpreter of, political and cultural trends in his country and region are impeccable. His writings over the years on international affairs – and his brave championing in the Moroccan media of Arab outreach to Israel and the Jewish people – have earned him the admiration and gratitude of me and my colleagues. I know him to be a man of honor, a man of his word.

    I would be happy to discuss further at any time my friendship with, and respect for, Ahmed Charai.

Sincerely,

Jason F. Isaacson